| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

SHONTA BLOCK, §
§
     Plaintiff, §
§
versus § CIVIL ACTION NO. 1:23-CV-438
§
BAPTIST HOSPITALS OF SOUTHEAST §
TEXAS, §
§
     Defendant. §

## FINAL JUDGMENT

In light of the parties' failure to submit final settlement papers or move for reinstatement within ninety (90) days of the court's Order of Conditional Dismissal (#20), signed February 4, 2025, this action is dismissed with prejudice. Each party shall bear its own costs of court and attorneys' fees.

THIS IS A FINAL JUDGMENT.

SIGNED at Beaumont, Texas, this 19th day of May, 2025.

                                                MARCIA A. CRONE
                                        UNITED STATES DISTRICT JUDGE